IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **MLCJR, LLC,** *et al.*, | § | **Case No. 23-90324 (CML)** |
| | § | |
| Debtors.[1] | § | **Jointly Administered** |
| | § | |
| | § | |
| | § | |
| | § | |
| **R. & R. BOATS, INC., OFFSHORE** | § | |
| **LIFTBOATS, LLC, & SEACOR** | § | |
| **MARINE LLC,** | § | |
| | § | **Adv. Pro. No. 25-03782 (CML)** |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **GOL, L.L.C.,** | § | |
| | § | |
| Defendant. | § | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1(a), Defendant GOL, L.L.C., by its undersigned counsel, hereby discloses that there are no entities to report under this rule.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1

Dated: November 19, 2025

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Todd A. Atkinson*
Todd A. Atkinson (TX Bar No. 24121426)
717 Texas Avenue, Suite 2100
Houston, Texas 77002
Telephone: (346) 998-7801
Email: todd.atkinson@wbd-us.com

-and-

Edward L. Schnitzer (*pro hac vice* pending)
888 Seventh Avenue, 38th Floor
New York, New York 10106
Telephone: (332) 258-8400
Email: edward.schnitzer@wbd-us.com

*Counsel for Defendant GOL, L.L.C.*

2